UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:09-cr-0045 (B/F) |
| | ) | |
| HERRON MOOTYE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Herron Mootye's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves

and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed

of imprisonment of 18 months in the custody of the Attorney General or his designee. The term of

imprisonment is to run consecutively with the term of imprisonment he is currently serving. Upon

Mr. Mootye's release from confinement, he will not be subject to supervised release.

IT IS SO ORDERED.

Date: 01/27/2011

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Winfield Ong,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service